1  Richard C. Johnson (SBN 40881)
   djohnson@sjlawcorp.com
2  Anne M. Bevington (SBN 111320)
   abevington@sjlawcorp.com
3  Shivani Nanda (SBN 253891)
   snanda@sjlawcorp.com
4  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
5  San Francisco, CA 94104
   Telephone: (415) 882-7900
6  Facsimile: (415) 882-9287

7  Attorneys for Plaintiffs BAY AREA ROOFERS
   HEALTH AND WELFARE TRUST, et al.
8
   Sean P. Nalty (SBN 121253)
9  sean.nalty@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10 Steuart Tower, Suite 1300
   One Market Plaza
11 San Francisco, CA 94105
   Telephone: 415.442.4810
12 Facsimile: 415.442.4870

13 Attorneys for Defendant
   SUN LIFE ASSURANCE COMPANY OF CANADA
14
                   UNITED STATES DISTRICT COURT
15
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
16
                     SAN FRANCISCO DIVISION
17

| | |
|---|---|
| 18  BAY AREA ROOFERS HEALTH AND WELFARE TRUST, its JOINT BOARD OF TRUSTEES, and KEITH ROBNETT and BRUCE LAU, as Trustees<br><br>        Plaintiffs,<br><br>              v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, and DOES 1-10, inclusive,<br><br>        Defendant. | Case No.:  C 13-04192 WHO<br><br>STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR PARTIES' CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:       April 29, 2014<br>Time:       2:00 p.m.<br>Courtroom   9, 19th Floor<br>Judge:      Hon. William H. Orrick<br><br>Complaint filed: September 10, 2013 |

- 1 -

STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR PARTIES' CROSS
MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND JOINT REQUEST TO CONTINUE CMC
Case No.: C 13-04192 WHO
P:\CLIENTS\ROOFERS\BAYAREA\CASES\Sun Life of Canada\Pleadings\CMC\Stipulation and [Proposed] Order Extending Briefing Schedule.doc

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, the parties, by and through undersigned counsel, have conferred and hereby stipulate to and respectfully request the Court extend the briefing schedule, pursuant to the Court's Civil Minutes dated December 18, 2013 (Dkt. No. 19), on the parties' cross-motions for partial summary judgment and further case management conference, as follows:

|  | Original Deadline | New Deadline |
|---|---|---|
| Motion for Partial Summary Judgment on coverage and any other issue of law | 30 days after 02/20/14 mediation, i.e. March 22, 2014 | April 25, 2014 |
| Oppositions to be filed |  | May 23, 2014 |
| Reply briefs to be filed |  | June 13, 2014 |
| Hearing Date on Motions |  | July 9, 2014 |
| Updated Case Management Statement | April 22, 2014 | July 2, 2014 |
| Further Case Management Conference | April 29, 2014 | July 9, 2014 |

The parties jointly request that the Court continue the further case management conference, currently set for April 29, 2014 at 2:00 p.m., to coincide with the hearing on parties' cross-motions for partial summary judgment, which will be set for Wednesday, July 9, 2014, at 2:00 p.m.

No previous requests to change these dates have been submitted. The changes will not affect any other deadline on the Court's calendar.

Dated: March 3, 2014                          SALTZMAN & JOHNSON
                                              LAW CORPORATION


                                              By:  /s/ Anne M. Bevington
                                                   Richard C. Johnson
                                                   Anne M. Bevington
                                                   Shivani Nanda
                                                   Attorneys for Plaintiffs


Dated: March 3, 2014                          OGLETREE, DEAKINS, NASH,
                                              SMOAK & STEWART, P.C.


                                              By:  /s/ Sean P. Nalty
                                                   Sean P. Nalty
                                                   Attorneys for Defendant

- 2 -

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR PARTIES' CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND JOINT REQUEST TO CONTINUE CMC**
**Case No.: C 13-04192 WHO**

CERTIFICATION RE SIGNATURES

I attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: March 3, 2014.                    /s/ Anne M. Bevington
                                                          ANNE M. BEVINGTON

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby sets the following briefing schedule in connection with the parties' cross-motions for partial summary judgment:

|  | **Deadlines** |
|---|---|
| Motion for Partial Summary Judgment on coverage and any other issue of law | April 25, 2014 |
| Oppositions to be filed | May 23, 2014 |
| Reply briefs to be filed | June 13, 2014 |
| Hearing Date on Motions | July 9, 2014 |
| Updated Case Management Statement | July 2, 2014 |
| Further Case Management Conference | July 9, 2014 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 6, 2014

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE