Sean P. Nalty CA Bar No. 121253
sean.nalty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:   415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
SUN LIFE ASSURANCE COMPANY OF CANADA

Anne M. Bevington (SBN 1113200)
abevington@sjlawcorp.com
Shivani Nanda (SBN 253891)
snanda@sjlawcorp.com
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA  94104
Telephone:   415.882.7900
Facsimile:    415.882.9287

Attorneys for Plaintiffs
BAY AREA ROOFERS HEALTH AND WELFARE TRUST,
its JOINT BOARD OF TRUSTEES, and KEITH ROBNETT and
BRUCE LAU, as Trustees

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| BAY AREA ROOFERS HEALTH AND WELFARE TRUST, its JOINT BOARD OF TRUSTEES, and KEITH ROBNETT and BRUCE LAU, as Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 3:13-cv-04192-BLF<br><br>**STIPULATED REQUEST TO CONTINUE THE OCTOBER 16, 2014 CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**<br><br>Complaint Filed:  September 10, 2013<br>Trial Date:<br>Judge:           Hon. Beth Labson Freeman |

**INTRODUCTION**

Currently, there is a Case Management Conference set in this matter for October 16, 2014. The Case Management Conference Statement must be filed by October 9, 2014.

The Court in this matter has taken under submission plaintiffs Bay Area Roofers Health and Welfare Trust, Keith Robnett, and Bruce Lau's motion for partial summary judgment and defendant Sun Life Assurance Company of Canada's motion for summary judgment (collectively "the Motions"). The Parties believe that the Case Management Conference in this matter will be more productive if it takes place after the Court issues its order on the Motions.

**STIPULATION**

Accordingly, plaintiffs and defendant hereby stipulate and respectfully request that the October 16, 2014 Case Management Conference in this matter be continued to a date after the Court issues its order on the Motions.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: October 8, 2014.            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                    By: */s/ Sean P. Nalty*
                                        Sean P. Nalty

                                    Attorneys for Defendant SUN LIFE
                                    ASSURANCE COMPANY OF CANADA

DATED: October 8, 2014.            SALTZMAN & JOHNSON LAW CORPORATION

                                    By: */s/ Anne M. Bevington*
                                        Anne M. Bevington

                                    Attorneys for Plaintiffs BAY AREA ROOFERS
                                    HEALTH AND WELFARE TRUST,
                                    its JOINT BOARD OF TRUSTEES, and KEITH
                                    ROBNETT and BRUCE LAU, as Trustees

1                              Case No. 3:13-cv-04192-BLF
STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

Based on the stipulation of the parties, and Good Cause appearing therefore, the October 16, 2014 Case Management Conference in this matter is hereby continued to December 18, 2014 at 1:30 p.m. in Courtroom 3, 5th Floor, San Jose.

IT IS SO ORDERED.

DATED: October 9, 2014

_____
Honorable Beth Labson Freeman
United States District Judge

19151560.1